[No. 13613-2-III.   Division Three.   November 7, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. ELPIDIO MARTINEZ-SANTOS, *Appellant*.

Appeal from a judgment of the Superior Court for Walla Walla, No. 93-1-00074-7, Yancey Reser, J., entered September 27, 1993. *Reversed* by unpublished opinion per Schultheis, J., concurred in by Thompson, C.J., and Munson, J.

[No. 13785-6-III.   Division Three.   November 7, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. NICHOLAS ALLEN SWECKER, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 93-8-01144-6, Ellen Clark, J. Pro Tem., entered December 17, 1993. *Affirmed* by unpublished opinion per Munson, J., concurred in by Thompson, C.J., and Schultheis, J.

[No. 13827-5-III.   Division Three.   November 7, 1995.]

WILLIAM M. SMITH & ASSOCIATES, INC., *Appellant*, v. FRENZEL CONSTRUCTION COMPANY, INC., ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Yakima County, No. 88-2-01640-1, Heather Van Nuys, J., entered January 18, 1994. *Affirmed* by unpublished opinion per Munson, J., concurred in by Thompson, C.J., and Sweeney, J.

[No. 17028-1-II.   Division Two.   November 8, 1995.]

STATE EX REL. CHARLES HULET, *Appellant*, v. LARRY GOLDBERG, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 92-2-00405-1, Gordon Godfrey, J., entered March 31, 1993. *Affirmed* by unpublished opinion per Wiggins J., concurred in by Seinfeld, C.J., and Fleisher, J.